## Consent Resolution Approving the Filing of a Petition under Chapter 11

The Board of Directors of Manchester Oaks Homeowners Association, Inc., a Virginia nonstock corporation, formerly known as Neighborhood Five at Manchester Lakes Homeowners Association ("the Association'), pursuant to Article V, Section 5, of the By-Laws of the Association, adopted the following resolution without a meeting:

WHEREAS, the Fairfax County Circuit Court is expected within days to enter a final judgment against the Association in the matter of Patrick K. Batt, et al v. Manchester Oaks Homeowners Association, Inc., Circuit Court Case No. 2009-11153. The Court has indicated it will enter a judgment in the approximate amount of $57,177.50, plus attorney fees in as much as $180,000, and

WHEREAS, since no other means is now available to this Association to protect its operations from the entry of the judgment and collection of these high judgment amounts, which will impose an extreme financial burden on Association and its members,

AND WHEREAS, if judgment is entered by the Court, the Association will unable to provide the essential services it provides to the Manchester Oaks Homeowners,

NOW THEREFORE, it is the unanimous decision of the Directors on behalf of Manchester Oaks Homeowners Association, Inc., to seek relief under the Federal Bankruptcy Code, and hereby to authorize the officers of the Association to file a voluntary petition under Chapter 11 of the Bankruptcy Code and to take whatever action is necessary to accomplish a reorganization of the Association under the Bankruptcy Laws of the United States.

The foregoing is a true copy of the Resolution adopted dated January 9TH, 2011.

Manchester Oaks Homeowners Association, Inc.

By: _____
Hector Daniel Rodriguez, President

APPROVED by:

_____
Hector Daniel Rodriquez, Director

_____
Gregory U. Nowakowski, Director

_____
Millatmal, Tajuddin, Director

All its duly elected Directors