# United States Bankruptcy Court
## Eastern District of Virginia
### Alexandria Division

**TO:**
Thomas J. Stanton, Esq.

**In re:** Manchester Oaks Homeowners Association, Inc.

**Case Number** 11–10179–SSM
**Chapter** 11

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*1* – Voluntary Petition Under Chapter 11 Filed by Thomas J. Stanton of Stanton & Associates, P.C. on behalf of Manchester Oaks Homeowners Association, Inc.. (Stanton, Thomas)

**VOLUNTARY PETITION/AMENDMENT OR CONVERSION OF PETITION, LISTS OR SCHEDULES [FRBP 1007; IR 1007; LBR 1009–1]:**

___ Caption of Petition not in compliance with FRBP 1005. Social Security number or employer's tax identification number of debtor(s) incomplete or omitted. (NOTE: Only the last four digits of the SSN should appear on any <u>document</u> filed. The full SSN should only be entered electronically into ECF when the case is filed or submitted to the Court on Official Form 21.)

**_X_** Corporate petition not accompanied by Corporate Ownership Statement [FRBP 1007(a)(1)]*

___ Not accompanied by a properly completed Amendment Cover Sheet*.

___ Not in substantial compliance with the correct version of the Amendment Cover Sheet*.

___ Not accompanied by notice to the United States Trustee, any trustee appointed, and to any and all entities affected by the amendment*.

___ **CONVENTIONAL (PAPER) FILINGS:** Creditors added by amendment or conversion (Schedule of Unpaid Debts): not accompanied by a list of additional creditors and signed cover sheet in the format specified by Clerk's Office [See LBR 1009–1(B)(1) or LBR 1017–1(A)(1)].

___ **ELECTRONIC (ECF) FILINGS:** Additional creditor(s) not added via Creditor Maintenance upon filing of Schedule of Unpaid Debts/Amended Schedules

___

*\*A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:   January 11, 2011                        CLERK, UNITED STATES BANKRUPTCY COURT

[igvolpplvDec2009.jsp]

By <u>/s/ Anna Marie Nobile</u>, Deputy Clerk
Direct Dial Telephone No. <u>703–258–1221</u>